**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

NOREEN HEAD,

    Plaintiff,

v.                                                          Case No. 21-cv-12634

DETROIT STOKER COMPANY,

    Defendant.
_____/

## **JUDGMENT**

IT IS ORDERED AND ADJUDGED that pursuant to this court's Opinion and Order entered this date, judgment is entered for Defendant Detroit Stoker Company and against Plaintiff Noreen Head.

Dated at Port Huron, Michigan this 28th day of February, 2023.

                                                KINIKIA ESSIX
                                                CLERK OF THE COURT

                 BY:    <u>S/Lisa Wagner</u>
                            Lisa Wagner, Case Manager and
                            Deputy Clerk to
                            Judge Robert H. Cleland
                            (810) 292-6522